USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/22/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
LUISA CUETO DE PENA, *et al.*,

           Plaintiffs,

       -v-

JEREMY D PIONTKEWICZ, *et al.*,

           Defendants.
-----------------------------------------------------------------X

**ORDER**

20-CV-6215 (JLC)

**JAMES L. COTT, United States Magistrate Judge.**

Pursuant to the Court's February 2, 2021 order, the parties were directed to file a joint letter requesting a settlement conference or a referral to the Court's mediation program by February 19, 2021. Dkt. No. 27. To date, the parties have not filed such letter. The parties are directed to submit the letter by **March 1, 2021.**

    **SO ORDERED.**

Date: February 22, 2021
      New York, New York

_____
JAMES L. COTT
United States Magistrate Judge

1